JULIA FULLER, Respondent, *v.* JAMESTOWN STREET RAILWAY
COMPANY, Appellant.

Reported below, 75 Hun, 273.
(Argued January 15, 1896; decided January 31, 1896.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made January 18, 1894, which affirmed a judgment in favor
of plaintiff entered upon the report of a referee.

*C. R. Lockwood* for appellant.

*A. C. Pickard* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur, except HAIGHT, J., not sitting.

---

JAMES J. FARREN, as Surviving Partner, etc., Respondent,
*v.* LUCY McDONNELL, Appellant.

Reported below, 74 Hun, 176.
(Argued January 17, 1896; decided January 31, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon
an order made December 6, 1893, which affirmed a judgment
in favor of plaintiff entered upon the report of a referee.

*Z. S. Westbrook* for appellant.

*James J. Farren* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.